AFTERMATH RESTORATION, INC., Plaintiff, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY et al., Respondents, and DAVID DALE, Appellant.

Submitted August 29, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judges PIGOTT and FAHEY taking no part.